UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO HERRING ASSOCIATION,<br><br>   Plaintiff,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>   Defendants. | Case No. 13-cv-01750-JST<br><br>**ORDER GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND AND VACATING HEARING**<br><br>Re: ECF No. 10 |

In this action for violations of the Administrative Procedures Act, Defendants move to dismiss Plaintiff San Francisco Herring Association's third claim for relief. ECF No. 10. Plaintiff does not oppose the dismissal of this claim. ECF No. 14. Accordingly, Defendants' motion is GRANTED and the hearing scheduled for August 2, 2013, is VACATED. Plaintiffs may file an amended complaint no later than July 10, 2013.

  **IT IS SO ORDERED**.

Dated: July 8, 2013

                 _____
                 JON S. TIGAR
                 United States District Judge