# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: August 21, 2013                                        Judge: Jon S. Tigar

Time: 37 minutes (3:30 - 3:40 p.m.)

Case No. **3:13-cv-01750-JST**
Case Name **San Francisco Herring Association v. United States Department of the Interior, et al.**

Attorney for Plaintiff:        Stuart G. Gross
Attorneys for Defendants:   Bruce D. Bernard; Michael T. Pyle

Deputy Clerk: William Noble                          Court Reporter: Not reported

## PROCEEDINGS

Initial case management conference.

## RESULT OF HEARING

Initial case management conference held.

Administrative record shall be produced in both paper and digital format.

The parties are ordered to meet and confer regarding scheduling. By Thursday, August 22, 2013 5:00 p.m. the parties are to file a joint document that sets out the agreement on these issues or competing proposals. All the proposals will have in common the following: A hearing will be held on December 12, 2013 at 2:00 p.m. The hearing will be dispositive of the issue of jurisdiction only and leave the other issues for later decision. It will provide for a distance of at least three weeks between the last brief and the hearing on December 12, 2013.