UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SAN FRANCISCO HERRING ASSOCIATION, | Case No. 13-cv-01750-JST |
|---|---|
| Plaintiff, | |
| v. | **ORDER RE: SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT** |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | Re: ECF No. 26 |
| Defendants. | |

The parties have proposed the following briefing schedule, which the Court adopts, for their cross-motions on the issue of jurisdiction:

| Event | Deadline |
|---|---|
| Service of administrative record | 9/20/13 |
| Defendants' motion for summary judgment | 9/26/13 |
| Plaintiff's opposition and cross-motion for summary judgment | 10/24/13 |
| Defendants' reply and opposition | 11/14/13 |
| Plaintiff's reply | 11/21/13 |
| Hearing on cross-motions for summary judgment | 12/12/13 |

The deadline for objecting to the administrative record is tolled until 30 days after the cross-motions are resolved.

1   The briefs to be filed on October 24, 2013, and November 14, 2013, shall be no more than
2   35 (not 45, as requested) pages in length. All other briefs shall conform to the page limits in the
3   local rules.

4   Dated: August 23, 2013

_____
JON S. TIGAR
United States District Judge