UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO HERRING ASSOCIATION,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>    Defendants. | Case No.  13-cv-01750-JST<br><br>**ORDER RE: SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>Re: ECF No. 26 |

The parties have proposed the following briefing schedule, which the Court adopts, for their cross-motions on the issue of jurisdiction:

| Event | Deadline |
|---|---|
| Service of administrative record | 9/20/13 |
| Defendants' motion for summary judgment | 9/26/13 |
| Plaintiff's opposition and cross-motion for summary judgment | 10/24/13 |
| Defendants' reply and opposition | 11/14/13 |
| Plaintiff's reply | 11/21/13 |
| Hearing on cross-motions for summary judgment | 12/12/13 |

The deadline for objecting to the administrative record is tolled until 30 days after the cross-motions are resolved.

The briefs to be filed on October 24, 2013, and November 14, 2013, shall be no more than 35 (not 45, as requested) pages in length.  All other briefs shall conform to the page limits in the local rules.

Dated: August 23, 2013

_____
JON S. TIGAR
United States District Judge