STUART G. GROSS (#251019)
sgross@gross-law.com
**GROSS LAW**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t (415) 671-4628
f (415) 480-6688

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SAN FRANCISCO HERRING ASSOCIATION**, <br><br>            Plaintiff, <br><br>    v. <br><br> **UNITED STATES DEPARTMENT OF THE INTERIOR**; **SALLY JEWELL**, in her official capacity as Secretary of the Interior; **UNITED STATES NATIONAL PARK SERVICE**; **JONATHAN JARVIS**, in his official capacity as Director of the National Park Service; and **FRANK DEAN**, in his official capacity as General Superintendent of the Golden Gate National Recreation Area, <br><br>            Defendants. | Case No. 13-1750 (JST) <br><br> **DECLARATION OF KEVIN MARILLEY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT** |

I, Kevin Marilley, declare as follows:

1. I am a member of Plaintiff San Francisco Herring Association. I make this declaration based upon my personal knowledge, and if called upon as a witness, I could and would competently testify to these matters. I submit this declaration in support of Plaintiffs' opposition to Defendants' motion for summary judgment and cross-motion for summary judgment.

2. I presently hold three California Herring Gill Net Permits in my name and commercially fish for herring in San Francisco Bay from a boat I own, the F/V Sundance Kid. I have commercially fished for herring in California from approximately 1977 to 2007, returning again in 2013; and I intend to continue commercially fishing for herring in California for many years in the future.

3. During the years 1977 to 2007, I consistently harvested herring in waters between Fort Baker and Sausalito in an area known as "Yellow Bluff" and to a lesser extent in the waters offshore of the Presidio and Fort Mason in San Francisco. Whether I fished in these locations depended on whether herring were spawning in the locations. Over my 30-plus years in the San Francisco Bay herring fishery, Yellow Bluff has regularly been the location of one of the most productive, if not the most productive, spawns each season, with only the occasional exception. In fact, I purchased my three California Herring Gill Net Permits for a total cost of $130,000 based in large part on my consistent success in the Yellow Bluff location.

4. The first year I was prevented by the National Park Service from commercially fishing for herring in the Yellow Bluff area and in the waters offshore of the Presidio or Fort Mason was in 2013.

I declare under the penalty of perjury that the foregoing statement is true and correct. Executed on October 22, 2013.

_____
Kevin Marilley

DECLARATION OF KEVIN MARILLEY ISO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT & CROSS-MOTION FOR SUMMARY JUDGMENT; Case No. 13-1750 (JST)   1