STUART G. GROSS (#251019)
sgross@gross-law.com
**GROSS LAW**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t (415) 671-4628
f (415) 480-6688

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **SAN FRANCISCO HERRING ASSOCIATION,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF THE INTERIOR; SALLY JEWELL,** in her official capacity as Secretary of the Interior; **UNITED STATES NATIONAL PARK SERVICE; JONATHAN JARVIS,** in his official capacity as Director of the National Park Service; and **FRANK DEAN,** in his official capacity as General Superintendent of the Golden Gate National Recreation Area,<br><br>Defendants. | Case No. 13-1750 (JST)<br><br>**DECLARATION OF MATT RYAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT** |

I, Matt Ryan, declare as follows:

1. I am a member and President of Plaintiff San Francisco Herring Association. I make this declaration based upon my personal knowledge, and if called upon as a witness, I could and would competently testify to these matters. I submit this declaration in support of Plaintiffs' opposition to Defendants' motion for summary judgment and cross-motion for summary judgment.

2. I have been involved in commercial herring fishing in the San Francisco Bay since 1980. From 1982 to 1993, I worked as spotter for other harvesters, and since 1994 to present have been a herring harvest myself. Since 1993, I've consistently harvested herring in the waters adjacent to the Golden Gate National Recreation Area ("GGNRA"), including without limitation the waters of Marin Country in front of Fort Baker, between Fort Baker and Sausalito in an areas known as "Yellow Bluff" and "Stink Plant," and the waters offshore of the Presidio, Crissy Field, and Fort Mason in San Francisco. Whether I fished in each of these locations depended on whether herring were spawning in the locations. When I worked as a spotter, the harvesters I was working with consistently harvested herring in the waters adjacent to the Golden Gate National Recreation Area ("GGNRA"), including without limitation the waters of Marin Country in front of Fort Baker, between Fort Baker and Sausalito in an areas known as "Yellow Bluff" and "Stink Plant," and the waters offshore of the Presidio, Crissy Field, and Fort Mason in San Francisco, depending on whether herring spawning in the locations.

3. The San Francisco herring fishery management is considered a model for fishery management. The Directors Herring Advisory Committee (DHAC) is made up of industry members and works with Department of fish and wildlife to make recommendations to the Fish and Game Commission. And as one of members of the Director of the California Department of Fish and Wildlife's Herring advisory committee for more than a decade, we have worked very hard to lessen the fisheries footprint and protect the herring resource.

4. The first year I was prevented by the National Park Service from commercially fishing for herring in the waters offshore of the GGNRA, including the Yellow Bluff area was

DECLARATION OF MATT RYAN ISO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT & CROSS-MOTION FOR SUMMARY JUDGMENT; Case No. 13-1750 (JST)   1

in 2011. In all the years prior that I've fished for herring in the bay, including the waters adjacent to the GGNRA, including the Yellow Bluff area, I have never been prevented from fishing there.

5. In 2005, a Coast Guard cutter came out of Fort Baker and approached my vessel. The captain of the cutter informed me that we were not supposed to be fishing in the waters around Fort Baker. I showed the captain the fishing regulations I had received from the state showing that we could fish in those waters. After the Captain of the cutter looked at the regulations he asked if he could keep them for his records, I agreed. He then said he would return and went back into Fort Baker. He never returned and we kept fishing in the area, and continued to fish for years in the area after that. I have no knowledge of any fisherman, prior to 2011, being approached by the National Park Service or the Department of Fish and Wildlife (DFW") and told to leave the waters adjacent to the GGNRA. In fact, DFW wardens and biologists have been monitoring the fishery in those waters since the fishery's establishment.

I declare under the penalty of perjury that the foregoing statement is true and correct. Executed on October _23, 2013.

_____
Matt Ryan