STUART G. GROSS (#251019)
sgross@gross-law.com
**GROSS LAW**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t (415) 671-4628
f (415) 480-6688

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SAN FRANCISCO HERRING ASSOCIATION**,<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF THE INTERIOR**; **SALLY JEWELL**, in her official capacity as Secretary of the Interior; **UNITED STATES NATIONAL PARK SERVICE**; **JONATHAN JARVIS**, in his official capacity as Director of the National Park Service; and **FRANK DEAN**, in his official capacity as General Superintendent of the Golden Gate National Recreation Area,<br><br>Defendants. | **Case No. 13-1750 (JST)**<br><br>**DECLARATION OF CHRISTOPHER CAMERON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT** |

I, Christopher Cameron, declare as follows:

1. I am a member of Plaintiff San Francisco Herring Association. I make this declaration based upon my personal knowledge, and if called upon as a witness, I could and would competently testify to these matters. I submit this declaration in support of Plaintiffs' opposition to Defendants' motion for summary judgment and cross-motion for summary judgment.

2. I have commercially fished for herring in the San Francisco Bay Area every year since 1982 and I intend to continue commercially fishing for herring in the San Francisco Bay Area for many years in the future. Since 1982, I've consistently harvested herring in the waters adjacent to the Golden Gate National Recreation Area ("GGNRA"), including without limitation the waters of Marin Country in front of Fort Baker, between Fort Baker and Sausalito in an areas known as "Yellow Bluff" and "Stink Plant," and the waters offshore of the Presidio, Crissy Field, and Fort Mason in San Francisco. Whether I fished in each of these locations depended on whether herring were spawning in the locations.

3. Since 1982, I have relied, in part, upon the proceeds from the San Francisco Bay Herring Fishery and specifically the waters offshore of the GGNRA, including the reef at Yellow Bluff and the Marin Headlands, as an integral part of my livelihood.

4. The first year I was prevented by the National Park Service from commercially fishing for herring in the waters adjacent to the GGNRA, including the Yellow Bluff area, was in 2011. In all the years prior that I've fished for herring in the bay, the waters adjacent to the GGNRA, including the Yellow Bluff area, I have never been prevented from fishing in those waters.

I declare under the penalty of perjury that the foregoing statement is true and correct. Executed on October 23, 2013.

Christopher Cameron