1  STUART G. GROSS (#251019)
   sgross@gross-law.com
2  **GROSS LAW**
   The Embarcadero
3  Pier 9, Suite 100
   San Francisco, CA 94111
4  t (415) 671-4628
   f (415) 480-6688
5
   *Counsel for Plaintiff*
6

7                  UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                       SAN FRANCISCO DIVISION

10

| 11 | SAN FRANCISCO HERRING ASSOCIATION, | Case No. 13-1750 (JST) |
|---|---|---|
| 12 | | |
| 13 | Plaintiff, | **DECLARATION OF FRANK HENRY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT** |
| 14 | v. | |
| 15 | UNITED STATES DEPARTMENT OF THE INTERIOR; **SALLY JEWELL**, in her official capacity as Secretary of the Interior; UNITED STATES NATIONAL PARK SERVICE; **JONATHAN JARVIS**, in his official capacity as Director of the National Park Service; and **FRANK DEAN**, in his official capacity as General Superintendent of the Golden Gate National Recreation Area, | |
| 21 | Defendants. | |

I, Frank Henry, declare as follows:

1. I make this declaration based upon my personal knowledge, and if called upon as a witness, I could and would competently testify to these matters. I submit this declaration in support of Plaintiffs' opposition to Defendants' motion for summary judgment and cross-motion for summary judgment.

2. I worked for the California Department of Fish and Game ("DFG") from 1976 until my retirement in 2002. The Department of Fish and Game underwent a name change in 2013 to the Department of Fish and Wildlife, but I will use the historical name of the department in this declaration.

3. From 1998 to 2002, I served as the head of the DFG's staff in the Marine Region of Northern California, which extends from Santa Cruz County northward to the Oregon border, in a position titled Program Manager. In that position, I was responsible for DFG Marine Region labs and Marine Region offices, from Crescent City through the Bay Area. The responsibility of the Marine Region is conservation and management of marine resources, of which commercial fisheries management is one element. Among my duties, I supervised biologists who were responsible for all marine issues in a particular geographic area, including the Senior Biologist in Northern California, who was responsible for management of the commercial Pacific herring fishery in the San Francisco Bay and the smaller herring fisheries in Tomales Bay, Eureka and Crescent City.

4. From 1990 to 1998, I was a Senior Biologist in the Marine Region of DFG. My responsibilities in this position included the management of the commercial Pacific herring fishery in San Francisco Bay and the smaller herring fisheries in Tomales Bay, Eureka and Crescent City.

5. During the twelve-year period from 1990 to 2002, I am not aware of commercial herring fishermen ever being prevented from fishing in the waters adjacent to the Golden Gate National Recreation Area ("GGNRA"), either by the National Park Service or by any other regulatory entity. Indeed, the waters adjacent to the GGNRA, in particular those in Marin

DECLARATION OF FRANK HENRY ISO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT & CROSS-MOTION FOR SUMMARY JUDGMENT; Case No. 13-1750 (JST)        1

County, including without limitation those adjacent to Fort Mason and the Yellow Bluff, were consistently among the most important fishing grounds for commercial herring fishermen.

I declare under the penalty of perjury that the foregoing statement is true and correct. Executed on October 24, 2013.

_____
Frank Henry

GROSS LAW
THE EMBARCADERO, PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

DECLARATION OF FRANK HENRY ISO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT & CROSS-MOTION FOR SUMMARY JUDGMENT; Case No. 13-1750 (JST)    2