1　STUART G. GROSS (#251019)
　　sgross@gross-law.com
2　**GROSS LAW**
　　The Embarcadero
3　Pier 9, Suite 100
　　San Francisco, CA 94111
4　t (415) 671-4628
　　f (415) 480-6688
5
　　*Counsel for Plaintiff*
6

7　　　　　　　　UNITED STATES DISTRICT COURT

8　　　　　　　　NORTHERN DISTRICT OF CALIFORNIA

9　　　　　　　　　　SAN FRANCISCO DIVISION

10

| | |
|---|---|
| 11　**SAN FRANCISCO HERRING ASSOCIATION,** | **Case No. 13-1750 (JST)** |
| 12　　　　　　　Plaintiff, | **DECLARATION OF JIM BAUMGART IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT** |
| 13　　v. | |
| 14　**UNITED STATES DEPARTMENT OF THE INTERIOR; SALLY JEWELL,** in her official capacity as Secretary of the Interior; **UNITED STATES NATIONAL PARK SERVICE; JONATHAN JARVIS,** in his official capacity as Director of the National Park Service; and **FRANK DEAN,** in his official capacity as General Superintendent of the Golden Gate National Recreation Area, | |
| 　　　　　　　Defendants. | |

DECLARATION OF JIM BAUMGART ISO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT & CROSS-MOTION FOR SUMMARY JUDGMENT; Case No. 13-1750 (JST)

I, Jim Baumgart, declare as follows:

1. I am a member of Plaintiff San Francisco Herring Association. I make this declaration based upon my personal knowledge, and if called upon as a witness, I could and would competently testify to these matters. I submit this declaration in support of Plaintiffs' opposition to Defendants' motion for summary judgment and cross-motion for summary judgment.

2. I have commercially fished for herring in the San Francisco Bay for over 30 years and I intend to continue commercially fishing for herring in the San Francisco Bay Area for many years in the future. Over the past 30 years, I've consistently harvested herring in the waters adjacent to the Golden Gate National Recreation Area ("GGNRA"), including without limitation the water of Marin Country in front of Fort Baker, between Fort Baker and Sausalito in an areas known as "Yellow Bluff" and "Stink Plant," and the waters adjacent to the Presidio, Crissy Field, and Fort Mason in San Francisco. Whether I fished in each of these locations depended on whether herring were spawning in the locations.

3. During the last 30 years of my fishing commercially in the San Francisco Bay, much of my catch has been harvested in the waters adjacent to the GGNRA. In particular, the area of Yellow Bluff is uniquely important to my fishing livelihood. The Yellow Bluff area provides one of the best places for herring fishing and, as a consistent spawning ground for herring, it virtually always provides excellent fishing opportunities each season. Its removal from the open fishing areas has a direct impact on the herring fishing fleet's ability to catch the harvest quota set by the California Department of Fish & Wildlife. It is also one of the few fishing spots in the San Francisco Bay that does not impact local residents when the fishery is in process.

4. The first year I was prevented by the National Park Service from commercially fishing for herring in the waters adjacent of the GGNRA, including the Yellow Bluff area was in 2011. In all the years prior that I've fished for herring in the bay, the waters adjacent of the GGNRA, including the reef at Yellow Bluff and the Marin Headlands, I have never been prevented from fishing these waters.

DECLARATION OF JIM BAUMGART ISO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT & CROSS-MOTION FOR SUMMARY JUDGMENT; Case No. 13-1750 (JST)   1

1　　　I declare under the penalty of perjury that the foregoing statement is true and correct.
2　Executed on October 23 , 2013.

_(signature)_

Jim Baumgart

GROSS LAW
THE EMBARCADERO, PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

---

DECLARATION OF JIM BAUMGART ISO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT & CROSS-MOTION FOR SUMMARY JUDGMENT; Case No. 13-1750 (JST)　　2