STUART G. GROSS (#251019)
sgross@gross-law.com
**GROSS LAW**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t (415) 671-4628
f (415) 480-6688

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SAN FRANCISCO HERRING ASSOCIATION**,<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF THE INTERIOR**; **SALLY JEWELL**, in her official capacity as Secretary of the Interior; **UNITED STATES NATIONAL PARK SERVICE**; **JONATHAN JARVIS**, in his official capacity as Director of the National Park Service; and **FRANK DEAN**, in his official capacity as General Superintendent of the Golden Gate National Recreation Area,<br><br>Defendants. | Case No. 13-1750 (JST)<br><br>**DECLARATION OF JOHN MELLOR IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT** |

GROSS LAW
THE EMBARCADERO, PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

I, John Mellor, declare as follows:

1.  I am a member and Vice President of Plaintiff San Francisco Herring Association. I make this declaration based upon my personal knowledge, and if called upon as a witness, I could and would competently testify to these matters. I submit this declaration in support of Plaintiffs' opposition to Defendants' motion for summary judgment and cross-motion for summary judgment.

2.  I have commercially fished for herring in the San Francisco Bay Area for over 35 years and I intend to continue commercially fishing for herring in the San Francisco Bay Area for many years in the future. Over the past 35 years, I've consistently harvested herring in the waters offshore of the Golden Gate National Recreation Area ("GGNRA"), including without limitation the water of Marin Country in front of Fort Baker, between Fort Baker and Sausalito in an areas known as "Yellow Bluff" and "Stink Plant," and the waters offshore of the Presidio, Crissy Field, and Fort Mason in San Francisco. Whether I fished in each of these locations depended on whether herring were spawning in the locations.

3.  During all these years of fishing for herring, the spawns in the Marin County waters referenced above have been crucial to the attainment of the quotas, which is important to the continued sustainability and profitability of the fishery. The backbone of these Marin County spawns has always been the Yellow Bluff area with many seasons made there for those with the skill to effectively work this area. A portfolio of fisheries is important in the continued sustainability and profitability of the fishing industry and herring fishing has made up an integral part of my livelihood in those 35 years.

4.  Furthermore, there is an ecological concern in this matter regarding the fast attainment of the quota so that future spawns can go unmolested. To take the waters offshore the GGNRA away from the fishery would cause the fleet to spend more time on the bay setting nets on more fish and, in the aggregate causing more harm to the environment, as well as causing irreparable harm to the herring fishery participants.

5.  The first year I was prevented by the National Park Service from commercially fishing for herring in the waters offshore of the GGNRA, including the Yellow Bluff area was

DECLARATION OF JOHN MELLOR ISO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT & CROSS-MOTION FOR SUMMARY JUDGMENT; Case No. 13-1750 (JST)    1

in 2011. In all the years prior that I've fished for herring in the bay, the waters offshore of the GGNRA, including the reef at Yellow Bluff and the Marin Headlands, I have never been told I was not allowed to fish there by any enforcement personnel.

I declare under the penalty of perjury that the foregoing statement is true and correct. Executed on October 22, 2013.

John Mellor