STUART G. GROSS (#251019)
sgross@gross-law.com
**GROSS LAW**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t (415) 671-4628
f (415) 480-6688

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SAN FRANCISCO HERRING ASSOCIATION,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF THE INTERIOR; SALLY JEWELL,** in her official capacity as Secretary of the Interior; **UNITED STATES NATIONAL PARK SERVICE; JONATHAN JARVIS,** in his official capacity as Director of the National Park Service; and **FRANK DEAN,** in his official capacity as General Superintendent of the Golden Gate National Recreation Area,<br><br>Defendants. | Case No. 13-1750 (JST)<br><br>**DECLARATION OF NICK SOHRAKOFF IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT** |

I, Nick Sohrakoff, declare as follows:

1. I am a member of Plaintiff San Francisco Herring Association. I make this declaration based upon my personal knowledge, and if called upon as a witness, I could and would competently testify to these matters. I submit this declaration in support of Plaintiffs' opposition to Defendants' motion for summary judgment and cross-motion for summary judgment.

2. I have commercially fished for herring in the San Francisco Bay on and off since 1980 and I intend to continue commercially fishing for herring in the San Francisco Bay for many years in the future. Since 1980, I've harvested herring in the waters adjacent to the Golden Gate National Recreation Area ("GGNRA"), including without limitation the water of Marin Country in front of Fort Baker, between Fort Baker and Sausalito in an areas known as "Yellow Bluff" and "Stink Plant," and the waters adjacent to the Presidio, Crissy Field, and Fort Mason in San Francisco. Whether I fished in each of these locations depended on whether herring were spawning in the locations.

3. For more than 30 years, I have relied, in part, upon the proceeds from the San Francisco Bay Herring Fishery and specifically the waters adjacent to the GGNRA, including the Yellow Bluff area, as an integral part of my livelihood.

4. The first year I was prevented by the National Park Service from commercially fishing for herring in the waters adjacent to the GGNRA, including the Yellow Bluff area, was in 2011. In all the years prior that I've fished for herring in the bay, the waters adjacent to the GGNRA, including the Yellow Bluff area, I have never been prevented from fishing there.

I declare under the penalty of perjury that the foregoing statement is true and correct. Executed on October 23, 2013.

_____
Nick Sohrakoff