UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO HERRING ASSOCIATION,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>    Defendants. | Case No.  13-cv-01750-JST<br><br>**ORDER SETTING BRIEFING AND HEARING SCHEDULE**<br><br>Re: ECF No. 70 |

In light of the parties' statements of non-opposition, ECF Nos. 73-74, the Court hereby GRANTS *amicus curiae* State Lands Commission's ("SLC") request to file its brief on or before February 10, 2014.  Plaintiff and Defendants shall file any responses to SLC's brief within ten days of its being filed.  ECF No. 70.

The Court hereby SETS the parties' currently pending cross-motions for summary judgment, ECF Nos. 31 & 37, for a further hearing on March 6, 2014, at 2:00 P.M., in Courtroom 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: December 18, 2013

JON S. TIGAR
United States District Judge