STUART G. GROSS (#251019)
sgross@gross-law.com
**GROSS LAW**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t (415) 671-4628
f (415) 480-6688

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SAN FRANCISCO HERRING ASSOCIATION,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF THE INTERIOR; SALLY JEWELL,** in her official capacity as Secretary of the Interior; **UNITED STATES NATIONAL PARK SERVICE; JONATHAN JARVIS,** in his official capacity as Director of the National Park Service; and **FRANK DEAN,** in his official capacity as General Superintendent of the Golden Gate National Recreation Area,<br><br>Defendants. | Case No. 13-1750 (JST)<br><br>**DECLARATION OF JOHN MELLOR IN RESPONSE TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Date: January 13, 2014<br>Time: 2:30 p.m.<br>Ctrm: 9<br>Judge: Jon S. Tigar |

GROSS LAW
THE EMBARCADERO, PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

I, John Mellor, declare as follows:

1.  I am a member and Vice President of Plaintiff San Francisco Herring Association. I make this declaration based upon my personal knowledge, and if called upon as a witness, I could and would competently testify to these matters. I submit this declaration in response to Defendants' opposition to Plaintiff's motion for a preliminary injunction.

2.  I have commercially fished for herring in the San Francisco Bay Area for over 35 years and I intend to continue commercially fishing for herring in the San Francisco Bay Area for many years in the future. Over the past 35 years, until the 2011/12 season, I've consistently harvested herring in the waters adjacent to the Golden Gate National Recreation Area ("GGNRA"), including without limitation the water of Marin Country in front of Fort Baker, between Fort Baker and Sausalito in areas known as "Yellow Bluff" and the waters adjacent to Yellow Bluff, the Sausalito Water Treatment Plant (known as the "Stink Plant"), and the waters adjacent to the Presidio, Crissy Field, and Fort Mason in San Francisco (collectively, "waters in question").

3.  The San Francisco Bay herring fishery is separated into what are known as platoons, with a separate permit issued for each platoon. A permit for a particular platoon allows its holder to fish during a particular period, i.e. the permit for the "Odd" platoon allows its holder to fish on odd days and the permit for the "Even" platoon allows its holder to fish on even days. Because of the nature of the fishery, in which catch activity is frequently concentrated during very short periods depending on the spawning activity of the herring stock, the majority of active herring fishermen, own or lease two permits for both platoons each season, allowing them to them to fish two nets per platoon. I personally own one permit and lease three other permits, such that I hold two permits each platoon.

4.  I commercially fished for herring during the 2012/2013 season. At or around January 11-14, 2013, I and other fishermen observed a substantial mass of spawning herring that spread from the waters offshore of the Sausalito waterfront across the boundary of the GGNRA and into the waters in the Stink Plant area and beyond. I caught fish at the border of

---

DECLARATION OF JOHN MELLOR IN RESPONSE TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION; Case No. 13-1750 (JST)

1

the waters in question as they transited in or out of this area. Had I been allowed to fish in the waters in question, I would have caught substantially more fish.

5. Because I and other fishermen are prevented from fishing in Richardson Bay and most portions of the Sausalito waterfront, a critical component of our fishing effort is catching fish in transit to or from those areas. The waters in question, in particular in the vicinity of Stink Plant and Yellow Bluff, have traditionally been main locations where we are able to catch such fish. Furthermore, in my experience, fishermen can actually trigger a spawn by placing their nets on fish as they transit to other locations. Moreover, in my experience, when herring spawn in San Francisco Bay, their spawn tends to spreads out towards the mouth of the Bay from wherever it begins.

6. Furthermore again, as the tides swing in the bay, spawning herring tend to move back and forth between their spawning locations and the mouth of the Bay. The waters in question have traditionally been critical locations for me and other fishermen to catch fish during such times.

7. I have knowledge of the fishing practices of other members of the fishery based, in part, on the fact that I and other fishermen tend to fish together in the same locations during the herring season.

I declare under the penalty of perjury that the foregoing statement is true and correct. Executed on January 8, 2014.

John Mellor

DECLARATION OF JOHN MELLOR IN RESPONSE TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION; Case No. 13-1750 (JST)

2