STUART G. GROSS (#251019)
sgross@gross-law.com
DANIEL C. GOLDBERG (#287923)
dgoldberg@gross-law.com
**GROSS LAW, P.C.**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t (415) 671-4628
f (415) 480-6688

*Counsel for Plaintiff*
*SAN FRANCISCO HERRING*
*ASSOCIATION*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SAN FRANCISCO HERRING ASSOCIATION**,<br><br>                    Plaintiff,<br><br>    v.<br><br>**UNITED STATES DEPARTMENT OF THE INTERIOR**; **SALLY JEWELL**, in her official capacity as Secretary of the Interior; **UNITED STATES NATIONAL PARK SERVICE**; **JONATHAN JARVIS**, in his official capacity as Director of the National Park Service; and **FRANK DEAN**, in his official capacity as General Superintendent of the Golden Gate National Recreation Area,<br><br>                    Defendants. | Case No. 13-1750 (JST)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE AND FINAL JUDGMENT**<br><br>Case Filed:  April 18, 2013<br>Judge:  Hon. Jon S. Tigar |

---

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE AND FINAL JUDGMENT; CASE NO. 13-1750 (JST)

# **STIPULATION**

WHEREAS, on April 18, 2013, Plaintiff the San Francisco Herring Association ("Plaintiff") filed this lawsuit in the United States District Court for the Northern District of California, Case No. 13-cv-01750-JST against Defendants National Park Service (the "NPS"), *et al.* (collectively "Defendants");

WHEREAS, on July 10, 2013, Plaintiff filed the operative First Amended Complaint (the "Complaint") asserting two causes of action: (1) Count 1, for violation of Section 10(e)(2)(C) of the Administrative Procedure Act ("APA") (5 U.S.C. § 706(2)(C)); and (2) Count 2, for violation of 10(e)(2)(A) of the APA (5 U.S.C. § 706(2)(A)) (Dkt. 17);

WHEREAS, on March 7, 2014, the Court heard cross motions for summary judgment regarding the issue of whether the NPS has statutory authority and jurisdiction to prohibit commercial fishing in certain waters of the San Francisco Bay, an issue determinative of Count 1 and partially determinative of Count 2;

WHEREAS, on April 29, 2014, the Court granted Defendants' motion for summary judgment and denied Plaintiff's motion, finding that the NPS has such authority and jurisdiction (Dkt. 127);

WHEREAS, on May 21, 2014, the Court entered judgment for Defendants and against Plaintiff "on the entirety of Count 1 of the Complaint, and . . . all portions of Count 2 of the Complaint based on allegations that the NPS exceeded its statutory jurisdiction or authority by prohibiting commercial fishing in the waters within GGNRA [(the Golden Gate Recreation Area)]" (Dkt.129);

WHEREAS, the aforementioned judgment did not contain an express determination that there was no just reason for delay and so did not end the action as to any of the claims or parties; and

WHEREAS, the parties have reached an agreement with respect to ending the action;

THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their designated counsel, subject to Court approval:

1. The remaining claims of Plaintiff not heretofore adjudicated or dismissed in this action (the remaining portions of Count 2) are hereby dismissed without prejudice.

2. The parties request the Court enter final judgment in favor of Defendants in the form submitted herewith.

**IT IS SO STIPULATED.**

Dated:  June 3, 2015.

By: */s/ Stuart G. Gross*
Stuart G. Gross

STUART G. GROSS (CSB No. 251019)
sgross@gross-law.com
GROSS LAW, P.C.
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
Telephone: (415) 671-4628
Facsimile: (415) 480-6688

*Counsel for Plaintiff*

By: */s/ Michael T. Pyle*
Michael T. Pyle

MICHAEL T. PYLE (CSB No. 172954)
michael.t.pyle@usdoj.gov
U.S. DEPARTMENT OF JUSTICE
UNITED STATES ATTORNEY'S OFFICE
150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5087
Facsimile: (408) 535-5081

BRUCE D. BERNARD
Bruce.bernard@usdoj.gov
U.S. DEPARTMENT OF JUSTICE
ENVIRONMENT AND NATURAL

RESOURCES DIVISION
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-1361
Facsimile: (303) 844-1350

*Counsel for Defendants*

## ATTORNEY ATTESTATION

By the electronic signature below, counsel for Plaintiff attests that he is the CM/ECF user whose identification and password are being used to file the instant document, and that pursuant to Civil Local Rule 5-1(i)(3), counsel for Defendants provided their authority to file this document.

By: /s/ *Stuart Gross*
Stuart Gross

## ORDER

Pursuant to the stipulation of the parties, **IT IS SO ORDERED**.

Dated:  June 3, 2015

_____
Honorable Jon S. Tigar
United States District Court Judge