1 STUART G. GROSS (#251019)
sgross@gross-law.com
2 DANIEL C. GOLDBERG (#287923)
dgoldberg@gross-law.com
3 **GROSS LAW, P.C.**
The Embarcadero
4 Pier 9, Suite 100
San Francisco, CA 94111
5 t (415) 671-4628
f (415) 480-6688
6

7

Counsel for Plaintiff
8 SAN FRANCISCO HERRING
ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SAN FRANCISCO HERRING ASSOCIATION**,<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF THE INTERIOR**; **SALLY JEWELL**, in her official capacity as Secretary of the Interior; **UNITED STATES NATIONAL PARK SERVICE**; **JONATHAN JARVIS**, in his official capacity as Director of the National Park Service; and **FRANK DEAN**, in his official capacity as General Superintendent of the Golden Gate National Recreation Area,<br><br>Defendants. | Case No. 13-1750 (JST)<br><br>**NOTICE OF APPEAL**<br><br>Case Filed: April 18, 2013<br>Judge: Hon. Jon S. Tigar |

NOTICE OF APPEAL                          CASE NO. 13-cv-01750-JST

GROSS LAW
THE EMBARCADERO, PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

1   **NOTICE IS HEREBY GIVEN THAT** the San Francisco Herring Association,

2 plaintiff in the above named case hereby appeals to the United States Court of Appeals for the

3 Ninth Circuit from the final judgment of the district court entered in this action on June 3, 2015

4 (Dkt. No. 132), and all interlocutory orders and adverse rulings leading up to, incorporated

5 within, or otherwise relating to the judgment, including but not limited to the Order granting

6 Defendants' Motion for Summary Judgment and Denying Plaintiff's Motion for Summary

7 Judgment, entered April 29, 2014 (Dkt. 127).

8 Dated: June 17, 2015.

By: */s/ Daniel C. Goldberg*
    Daniel C. Goldberg

STUART G. GROSS (#251019)
sgross@gross-law.com
DANIEL C. GOLDBERG (#287923)
dgoldberg@gross-law.com
**GROSS LAW, P.C.**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t (415) 671-4628
f (415) 480-6688

*Counsel for Plaintiff*