UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO HERRING ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>Defendants. | Case No.13-cv-01750-JST<br><br>**SCHEDULING ORDER**<br><br>Re: ECF No. 140 |

On August 11, 2017, Plaintiff filed an administrative motion requesting that the Court dismiss this case without prejudice. ECF No. 140. Although Plaintiff characterized the filing as an administrative motion under Local Rule 7-11, the motion requests substantive relief. Id. The Court therefore sets the following briefing schedule:

Opposition due: August 25, 2017

Reply due: September 1, 2017

IT IS SO ORDERED.

Dated: August 14, 2017

JON S. TIGAR
United States District Judge