BRIAN STRETCH (CABN 163973)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
MICHAEL T. PYLE (CABN 172954)
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, California 95113
Tel: (408) 535-5087 / Fax: (408) 535-5081
Email: michael.t.pyle@usdoj.gov

JEFFREY H. WOOD
Acting Assistant Attorney General
BRUCE D. BERNARD (COBN 12166)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1361 / Fax: (303) 844-1350
Email: bruce.bernard@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO HERRING ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR; RYAN ZINKE, in his official capacity as Secretary of the Interior; NATIONAL PARK SERVICE; MICHAEL T. REYNOLDS, in his official capacity as Acting Director of the National Park Service; and CICELY MULDOON, in her official capacity as Acting General Superintendent of the Golden Gate National Recreation Area, <br><br> Defendants. | Case No. 13-cv-1750-JST <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND SETTING REVISED BRIEFING SCHEDULE REGARDING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT** <br><br> Judge: Jon S. Tigar <br> Courtroom: 9. 19th Floor |

1  Plaintiff San Francisco Herring Association and Defendants United States Department of the Interior, Ryan Zinke, National Park Service, Michael T. Reynolds and Cicely Muldoon, by and through their undersigned counsel, stipulate to set a new briefing schedule and hearing date for the Motion for Leave to File a Second Amended Complaint filed by Plaintiff on November 21, 2017 (ECF No. 147), subject to the Court's approval.

Defendants' counsel are not available for a hearing on January 11, 2018 because of pre-existing professional obligations on other cases and requested additional time to oppose Plaintiff's motion in light of counsel's pre-existing professional and personal obligations in late November and early to mid-December. Plaintiff's counsel agreed to Defendant counsel's request and proposed a revised briefing and hearing schedule to accommodate his professional and personal obligations in late December and early January. The parties have agreed on an alternative briefing schedule and propose a new hearing date when all counsel could be present. The parties have stipulated as follows:

Defendant's opposition to Plaintiff's motion for leave to file a second amended complaint: continued from December 5, 2017 to December 22, 2017;

Plaintiff's reply in support of its motion for leave to file a second amended complaint: continued from December 12, 2017 to January 18, 2018;

The hearing on the motion is continued from January 11, 2018 to ~~February 1, 2018 at 2:00 p.m.~~, February 22, 2018 at 2:00 p.m.

**IT IS SO STIPULATED**:

Date: November 29, 2017                    Respectfully Submitted,

                                           GROSS & KLEIN LLP

                                           */S/ Stuart G. Gross*
                                           Stuart G. Gross (#251019)
                                           sgross@grosskleinlaw.com
                                           The Embarcadero
                                           Pier 9, Suite 100
                                           San Francisco, CA 94111
                                           t (415) 671-4628
                                           f (415) 480-6688

                                           *Counsel for Plaintiff*

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND SETTING REVISED BRIEFING SCHEDULE REGARDING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDE COMPLAINT– 13-CV-1750 JST

PAGE 1

*As the ECF User whose identification and password are being used to file this Stipulation, I attest under penalty of perjury that plaintiff's counsel has concurred in the filing of this document.*

BRIAN J. STRETCH
United States Attorney

*/s/ Michael T. Pyle*

MICHAEL T. PYLE
Assistant United States Attorney

BRUCE D. BERNARD
bruce.bernard@usdoj.gov
U.S. DEPARTMENT OF JUSTICE
ENVIRONMENT AND NATURAL RESOURCES DIVISION
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-1361
Facsimile: (303) 844-1350

*Counsel for Defendants*

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Defendants shall file their opposition to Plaintiff's motion for leave to file a second amended complaint no later than December 22, 2017. Plaintiff shall file its reply in support of its motion for leave to file a second amended complaint no later than January 18, 2018. The hearing on Plaintiff's motion for leave to file a second amended complaint is continued from January 11, 2018 at 2:00 p.m. to ~~February 1, 2018 at 2:00 p.m.~~ February 22, 2018 at 2:00p.m.

DATED: November 30, 2017

_____
JON S. TIGAR
US DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND SETTING REVISED BRIEFING SCHEDULE REGARDING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDE COMPLAINT– 13-CV-1750 JST

PAGE 2