STUART G. GROSS (#251019)
sgross@grosskleinlaw.com
**GROSS & KLEIN LLP**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t (415) 671-4628
f (415) 480-6688

*Counsel for Plaintiff*
*San Francisco Herring Association*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **SAN FRANCISCO HERRING ASSOCIATION**,<br><br>**Plaintiffs**,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF THE INTERIOR**; **RYAN ZINKE**, in his official capacity as Secretary of the Interior; **NATIONAL PARK SERVICE**; **MICHAEL T. REYNOLDS**, in his official capacity as Acting Director of the National Park Service; and **LAURA E. JOSS**, in her official capacity as General Superintendent of the Golden Gate National Recreation Area<br><br>**Defendants**. | Case No. 13-1750 (JST)<br><br>**PLAINTIFF'S NOTICE OF APPEAL**<br><br>**(WITH ATTACHED REPRESENTATION STATEMENT)** |

Notice is hereby given that Plaintiff San Francisco Herring Association hereby appeals to the United States Court of Appeals for the Ninth Circuit from the from the district court's Order Denying Plaintiff's Motion For Leave To File A Second Amended Complaint (Dkt. No. 155) ("Order"), and all interlocutory orders and adverse rulings leading up to, incorporated within, or otherwise relating to the Order.

DATED: March 16, 2018　　　　　　　　GROSS & KLEIN LLP

　　　　　　　　　　　　　　　　　　　　　/s/ Stuart Gross
　　　　　　　　　　　　　　　　　　　　STUART G. GROSS

# ATTACHMENT A

## Representation Statement

**PLAINTIFF**
**SAN FRANCISCO HERRING ASSOCIATION**

Represented by:

Stuart G. Gross
sgross@grosskleinlaw.com
Gross & Klein LLP
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t (415) 671-4628
f (415) 480-6688

**DEFENDANTS**
**UNITED STATES DEPARTMENT OF THE INTERIOR**; **RYAN ZINKE**, in his official capacity as Secretary of the Interior; **NATIONAL PARK SERVICE**; **MICHAEL T. REYNOLDS**, in his official capacity as Acting Director of the National Park Service; and **LAURA E. JOSS**, in her official capacity as General Superintendent of the Golden Gate National Recreation Area

Represented by:

BRIAN J. STRETCH
United States Attorney
SARA WINSLOW
Chief, Civil Division
MICHAEL T. PYLE
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, California 95113
Tel: (408) 535-5087 / Fax: (408) 535-5081
Email: michael.t.pyle@usdoj.gov

JEFFREY H. WOOD
Acting Assistant Attorney General
BRUCE D. BERNARD
Trial Attorney
U.S. Department of Justice Environment and Natural Resources Division
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
t (303) 844-1361
f (303) 844-1350