UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 24 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SAN FRANCISCO HERRING ASSOCIATION,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>U.S. DEPARTMENT OF THE INTERIOR; et al.,<br><br>        Defendants - Appellees. | No. 18-15443<br><br>D.C. No. 3:13-cv-01750-JST<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered December 31, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica Flores
Deputy Clerk
Ninth Circuit Rule 27-7