1  STUART G. GROSS (#251019)
   sgross@grosskleinlaw.com
2  TIMOTHY S. KLINE (#319227)
   tk@grosskleinlaw.com
3  **GROSS & KLEIN LLP**
   The Embarcadero
4  Pier 9, Suite 100
   San Francisco, CA 94111
5  Telephone: (415) 671-4628
   Facsimile: (415) 480-6688
6
   TODD R. GREGORIAN (CSB No. 236096)
7  tgregorian@fenwick.com
   **FENWICK & WEST LLP**
8  555 California Street, 12th Floor
   San Francisco, CA  94104
9  Telephone: 415.875.2300
   Facsimile: 415.281.1350
10
   Attorney for Plaintiff
11 SAN FRANCISCO HERRING ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAN FRANCISCO HERRING ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT, in his official capacity as Secretary of the Interior; UNITED STATES NATIONAL PARK SERVICE; DAVID VELA, in his official capacity as Deputy Director of the National Park Service; and CICELY MULDOON, in her official capacity as General Superintendent of the Golden Gate National Recreation Area,<br>of the Golden Gate National Recreation Area,<br><br>Defendants. | Case No.: 4:13-cv-01750-JST<br><br>**REQUEST FOR TELEPHONIC CASE MANAGEMENT CONFERENCE** |

Plaintiff San Francisco Herring Association ("SFHA") respectfully requests a telephonic case management conference in the above captioned case at the Court's earliest convenience to discuss how this case should proceed. This case challenges whether the Defendants have authority to prohibit commercial fishing in waters in San Francisco Bay that abut the Golden Gate National Recreation Area (GGNRA) but that the State of California owns and historically has regulated. *See* Dkt. 1. This Court decided the most efficient way to resolve this dispute was to entertain cross-motions for summary judgment on this legal issue. The Court ruled for Defendants. *See* Dkt. 127. Two intervening appeals to the Ninth Circuit addressed whether the Court had jurisdiction under the Administrative Procedure Act to hear the case at all. *See* Dkts. 133; 139 at 2, ¶ 1 and p. 5; 155. The Circuit has now ruled that it does. *S.F. Herring Ass'n v. U.S. Dept. of Interior*, No. 18-15443, Dkt. 50-1 at 33 (9th Cir. Dec. 31, 2020). SFHA has filed its Second Amended Complaint in this Court and Defendants have answered. Dkts. 168; 171.

SFHA requests the Court's guidance as to how to proceed. The Court and the parties invested significant time and effort examining the core issues in the original summary judgment motions. SFHA understands that it is unlikely the Court's view of the merits has changed. SFHA believes the easiest course would be for it to renew its motion for summary judgment based on the materials it submitted originally, and for the Court to re-enter summary judgment for Defendants. *See* Fed. R. Civ. P. 56(f)(1) (the district court may grant summary judgment for a nonmovant).

SFHA has asked Defendants for their position on how this dispute should proceed multiple times since February 24, 2020. Defendants indicated they did not oppose this request for a conference, but originally requested that the Court set it for months in the future. And they have otherwise failed to respond with the details of their position in the nearly two months since SFHA asked for it.

SFHA filed this suit almost seven years ago to the day. A final resolution for SFHA's member fishermen has been delayed for years while Defendants pursued a jurisdictional argument regarding "final agency action"— never raised until after this Court ruled on the merits and the case was on appeal—that ultimately was shown to be meritless. SFHA is mindful of the pressures on the Court during the COVID-19 pandemic, but believes this case can be resolved efficiently as

described so that it does not occupy space on the Court's docket. It respectfully requests a telephonic conference at the Court's earliest convenience.

Dated: April 16, 2020　　　　　　　　　　　GROSS & KLEIN LLP

　　　　　　　　　　　　　　　　　　　　　By: */s/ Stuart G. Gross*
　　　　　　　　　　　　　　　　　　　　　　　　Stuart G. Gross

　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff
　　　　　　　　　　　　　　　　　　　　　SAN FRANCISCO HERRING
　　　　　　　　　　　　　　　　　　　　　ASSOCIATION

Dated: April 16, 2020　　　　　　　　　　　FENWICK & WEST LLP

　　　　　　　　　　　　　　　　　　　　　By: */s/ Todd R. Gregorian*
　　　　　　　　　　　　　　　　　　　　　　　　Todd R. Gregorian

　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff
　　　　　　　　　　　　　　　　　　　　　SAN FRANCISCO HERRING
　　　　　　　　　　　　　　　　　　　　　ASSOCIATION

## **ATTORNEY ATTESTATION**

By the electronic signature below, counsel for Plaintiff attests that he is the CM/ECF user whose identification and password are being used to file the instant document, and that pursuant to Civil Local Rule 5-1(i)(3), counsel provided their authority to file this document.

Dated: April 16, 2020　　　　　　　　　　　FENWICK & WEST LLP

　　　　　　　　　　　　　　　　　　　　　By: */s/ Todd R. Gregorian*
　　　　　　　　　　　　　　　　　　　　　　　　Todd R. Gregorian

　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff
　　　　　　　　　　　　　　　　　　　　　SAN FRANCISCO HERRING
　　　　　　　　　　　　　　　　　　　　　ASSOCIATION