STUART G. GROSS (#251019)
sgross@grosskleinlaw.com
TIMOTHY S. KLINE (#319227)
tk@grosskleinlaw.com
**GROSS & KLEIN LLP**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
Telephone: (415) 671-4628
Facsimile: (415) 480-6688

TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Plaintiff
SAN FRANCISCO HERRING ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAN FRANCISCO HERRING ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT, in his official capacity as Secretary of the Interior; UNITED STATES NATIONAL PARK SERVICE; DAVID VELA, in his official capacity as Deputy Director of the National Park Service; and CICELY MULDOON, in her official capacity as General Superintendent of the Golden Gate National Recreation Area, of the Golden Gate National Recreation Area,<br><br>Defendants. | Case No.: 4:13-cv-01750-JST<br><br>**PLAINTIFF SAN FRANCISCO HERRING ASSOCIATION'S NOTICE OF APPEAL**<br><br>Case Filed: April 18, 2013<br>Judge: Hon. Jon S. Tigar |

**NOTICE IS HEREBY GIVEN THAT** the San Francisco Herring Association, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment of the district court entered in this action on December 11, 2020 (Dkt. No. 194), and all interlocutory orders and adverse rulings leading up to, incorporated within, or otherwise relating to the judgment, including but not limited to the Order granting Defendants' Motion for Summary Judgment and Denying Plaintiff's Cross-Motion for Summary Judgment, entered December 11, 2020 (Dkt. 193).

December 11, 2020

Respectfully submitted,

GROSS & KLEIN LLP

By: /s/ Stuart G. Gross
      Stuart G. Gross

Counsel for Plaintiff
SAN FRANCISCO HERRING ASSOCIATION

December 11, 2020

FENWICK & WEST LLP

By: /s/ Todd R. Gregorian
      Todd R. Gregorian

Counsel for Plaintiff
SAN FRANCISCO HERRING ASSOCIATION

FENWICK & WEST LLP
ATTORNEYS AT LAW